## WITTER v. BREWSTER.

It does not vitiate a verdict, that the jury have mistaken the law or the evidence.

ACTION of trespass, upon the statute for cutting timber. The general issue was pleaded — and a verdict for the defendant.

The plaintiff moved in arrest of judgment, assigning two causes:—

1. That several material papers exhibited on the trial, were suppressed by the defendant, and not committed to the jury when the cause was under consideration.

2. That the jury had mistaken the law and the evidence in the case.

The motion in arrest was ruled insufficient.

By the COURT. (SHERMAN, J., absent.) As to the first exception — It does not appear, upon inquiry, that the exhibits which failed of being committed to the jury, were suppressed by the defendant, or that they were material in

the cause, except for the purpose of assessing damages, if the defendant had been found guilty.

As to the other exception — that the jury have found contrary to law and evidence — It doth not vitiate a verdict, that the jury have mistaken the law or the evidence; for by the practice of this state, they are judges of both: But if they should find contrary to matter of record, or of estoppel, or what is admitted by the pleadings, the verdict would be exceptionable; neither of which is averred to be the case here; nor is it supposable, from the nature of the action and the issue.